UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 99-50916
Summary Calendar

ANDREW C. ANDERSON,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(A-98-CV-576-JN)

_____

May 2, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Andrew C. Anderson appeals the district court's judgment for the Commissioner in his action pursuant to 42 U.S.C. § 405(g) for review of the Administrative Law Judge's ("ALJ") decision denying his request for Supplemental Security Income benefits. We review the Commissioner's decision to determine whether it is supported by substantial evidence in the record and whether the Commissioner applied the proper legal standards in evaluating the evidence. *E.g., Villa v. Sullivan*, 895 F.2d 1019, 1021 (5th Cir. 1990).

Notwithstanding Anderson's contention that the ALJ

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

"disregarded the great weight of objective medical evidence," substantial evidence in the record supports the ALJ's finding that Anderson had the residual functional capacity to perform medium work. Furthermore, because the ALJ's determination that Anderson's capacity for work was not compromised by nonexertional limitations is supported by substantial evidence, the ALJ was entitled to rely exclusively on the Medical-Vocational Guidelines. *See* ***Fraga v. Bowen***, 810 F.2d 1296, 1304 (5th Cir. 1987). Finally, Anderson's contention that the ALJ erred in not considering the combined effects of his impairments is belied by the record.

***AFFIRMED***